AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Angela Thompson and Brian Thompson )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:18-cv-01836
MedGuard Alert, Inc., Quick Response Alert, Inc., )
and Lifewatch Inc. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MedGuard Alert, Inc.
c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP
ATTN: James G. Green
One State St., 14th Floor
Hartford, CT 06103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan Hilton
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Ste. 110
Pickerington, OH 43147
Tel: (614) 992-2277, Email: jhilton@hiltonparker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 8/10/2018

s/Jody Wilson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01836

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thompson vs. Medward Alert, Inc.
was received by me on *(date)* AUG 13 2018. Quick Response Alert Inc and Lifewatch, Inc.

☒ I personally served the summons on the individual at *(place)*
Attorney James G Green on *(date)* AUG 13 2018; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: AUG 13 2018

*Server's signature*

Frank P. Sandillo
Printed name and title
State Marshal New Haven County
P.O. Box 185793
Hamden, CT 06518

*Server's address*

Additional information regarding attempted service, etc: