UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA THOMPSON and<br>BRIAN THOMPSON, | )<br>)<br>) | CIVIL COMPLAINT |
| Plaintiffs, | )<br>) | CASE NO. 1:18-CV-01836 |
| v. | )<br>)<br>) | **JUDGE DONALD C. NUGENT** |
| MEDGUARD ALERT, INC.,<br>QUICK RESPONSE ALERT, INC.,<br>and LIFEWATCH INC. | )<br>)<br>)<br>) | **MAG. JUDGE JONATHAN D.<br>GREENBERG**<br><br>**JURY DEMAND** |
| Defendant. | | |

To: **OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

**MOTION FOR CLERK'S CERTIFICATE OF DEFAULT**

In accordance with Fed. R. Civ. P. 55(a), I move that a Clerk's Certificate of Default be entered against Defendant Lifewatch Inc., for failure to plead or otherwise defend in this action as shown by the declaration of Jonathan Hilton of Hilton Parker, LLC, attorneys for Plaintiffs Angela and Brian Thompson, sworn on November 7, 2018.

Dated: November 7, 2018

By: s/ Jonathan Hilton

Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
jhilton@hiltonparker.com

## **CERTIFICATION OF SERVICE**

  I, Jonathan Hilton, do hereby certify that this 7th day of November, 2018, I caused true and accurate copies of the foregoing and the associated declaration to be served via the CM/ECF system, which shall cause service upon all parties of record.  I also caused service by first-class mail upon the parties listed below of the foregoing and the associated declaration.

                    s/ Jonathan Hilton

### **SERVICE LIST**

| | |
|---|---|
| Lifewatch Inc. | Quick Response Alert, Inc. |
| 1125 Middle Street | Attn:  Paule Oliveri |
| Suite 201 | 266 Merrick Road |
| Middletown, CT 06457 | Suite #106 |
| | Lynbrook, NY 11563 |