# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

CIVIL CASE NO.

vs.

JUDGE

PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: _____       By: _____

Attorney for _____

revised 02/2009