# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

Case Number:

Plaintiff,

Judge:

vs.

Defendant.

## <u>CERTIFICATE OF MAILING</u>

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of the summons and complaint was sent by ordinary mail this            day of                     , 201       to:

Attn: Paule Oliveri
266 Merrick Rd.
Suite #106
Lynbrook, NY 11563

Sandy Opacich

Clerk of Court

By: s/ _____