## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Thompson, *et al.*, <br><br> Plaintiff(s) <br> v. <br><br> Lifewatch Inc, *et al.*, <br><br> Defendant(s). | Date: February 6, 2019 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: <br><br> Case Number: 1:18 CV 1836 |

Telephonic status held w/ all counsel participating. Fact discovery cut off 5/6/19; dispositive motion to be filed by 6/15/19; response due by July 12. Status set 7/12/19 @ 10:00AM. All counsel notified of this ORDER.

Length of Proceeding: 15 MIN

United States District Judge  2/6/19