# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANGELA THOMPSON and BRIAN THOMPSON, | CIVIL COMPLAINT |
| Plaintiffs, | |
| | CASE NO. 1:18-CV-01836 |
| v. | |
| KIMRAIN MARKETING LLC; KIMBERLY RAINWATER; QUICK RESPONSE ALERT, INC.; HING-TACK CHEN; and YIN FONG CHEN as trustee for the YIN-FONG CHEN TRUST and the YIN-FONG CHEN FAMILY TRUST, | **JUDGE DONALD C. NUGENT** **MAG. JUDGE JONATHAN D. GREENBERG** **JURY DEMAND** |
| Defendants. | |

## NOTICE OF SETTLEMENT AS TO DEFENDANTS QUICK RESPONSE ALERT, INC., HING-TACK CHEN, AND YIN-FONG CHEN

Now come Plaintiffs and state that this matter has been amicably resolved as between themselves and Defendants Quick Response Alert, Inc., Hing-Tack Chen, and Yin-Fong Chen. A notice of dismissal is expected within thirty (30) days.

Respectfully Submitted,

Dated:  August 9, 2019

By:  s/ Geoffrey Parker

Geoffrey Parker (0096049)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
gparker@hiltonparker.com
www.hiltonparker.com