# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANGELA THOMPSON and BRIAN THOMPSON, | CIVIL COMPLAINT |
| Plaintiffs, | |
| | CASE NO. 1:18-CV-01836 |
| v. | |
| KIMRAIN MARKETING LLC; KIMBERLY RAINWATER; QUICK RESPONSE ALERT, INC.; HING-TACK CHEN; and YIN FONG CHEN as trustee for the YIN-FONG CHEN TRUST and the YIN-FONG CHEN FAMILY TRUST, | **JUDGE DONALD C. NUGENT** |
| | **MAG. JUDGE JONATHAN D. GREENBERG** |
| | **JURY DEMAND** |
| Defendants. | |

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii) AND NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)

Plaintiffs Angela Thompson and Brian Thompson ("Plaintiffs"), on the one hand, and Defendants Quick Response Alert, Inc., Hing-Tack Chen, and Yin-Fong Chen as trustee for the Yin-Fong Chen Trust and the Yin-Fong Chen Family Trust, on the other hand, (the "Stipulating Defendants") hereby stipulate that the above-captioned case shall be voluntarily dismissed, with prejudice, against the Stipulating Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs further hereby give notice that the above-captioned case shall be voluntarily dismissed, without prejudice, against Defendants Kimrain Marketing LLC and Kimberly Rainwater, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 14, 2019

<u>s/ Geoffrey Parker</u>                                  <u>s/ Carl A. Aveni, II</u>

Geoffrey Parker (0096049)                Carl A. Aveni, II (0070664)
Hilton Parker LLC                           Carlile Patchen & Murphy LLP
10400 Blacklick-Eastern Rd NW, Ste. 110    366 East Broad Street
Pickerington, OH 43147                   Columbus, OH 43215
Tel:  (614) 992-2277                       Tel:  (614) 628-0773
Fax:  (614) 427-5557                      Fax:  (614) 221-0216
gparker@hiltonparker.com             caveni@cpmlaw.com
www.hiltonparker.com                   www. cpmlaw.com
*Counsel for Plaintiffs*                      *Counsel for the Stipulating Defendants*

**CERTIFICATE OF SERVICE**

    I, Geoffrey Parker, do hereby certify that this 14th day of October, 2019, I caused the foregoing to be filed via the Court's CM/ECF filing system, which will serve all parties of record.

<u>s/ Geoffrey Parker</u>
