IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANGELA THOMPSON and, BRIAN THOMPSON, | ) CASE NO. 1:18-CV-01836 ) ) |
| Plaintiffs, v. | ) JUDGE DONALD C. NUGENT ) ) MAG. JUDGE JONATHAN D. ) GREENBERG |
| KIMRAIN MARKETING LLC; KIMBERLY RAINWATER; et. al., | ) ) STIPULATED PARTIAL DISMISSAL ) AND JUDGMENT ENTRY |
| Defendants. | ) |

Plaintiffs Angela Thompson and Brian Thompson ("Plaintiffs") and Defendants Quick Response Alert, Inc., Hing-Tack Chen, and Yin-Fong Chen as trustee for the Yin-Fong Chen Trust and the Yin-Fong Chen Family Trust (the "Stipulating Defendants") hereby stipulate and agree that they have resolved the within dispute. The above-captioned case is voluntarily dismissed, with prejudice, against the Stipulating Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Further, Plaintiffs have notified the Court that the above captioned case has been dismissed, without prejudice, against Defendants Kimrain Marketing LLC and Kimberly Rainwater pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party is to bear its own fees and costs.

Therefore, this case is terminated.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
Senior United States District Judge

DATED: October 16, 2019